**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SARAH JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:05CV5007** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JAY COBLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion, the telephone status conference previously set for April 17, 2006, at 2:30 p.m. is **rescheduled for April 17, 2006, at 9:00 a.m.** before the undersigned magistrate judge.  Plaintiff's counsel shall initiate the telephone conference. Magistrate Judge Thalken's telephone number for this conference will be 308-532-2778.

**IT IS SO ORDERED.**

DATED this 13th day of April, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge