# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH JORDAN, | ) |
| Plaintiff, | ) |
| | ) 7:05CV5007 |
| vs. | ) |
| | ) ORDER |
| JAY COBLE, | ) |
| Defendant. | ) |

Upon the oral motion of the plaintiff to continue the status conference and with said counsel's representation that no other party objects to the motion, the telephone status conference previously set for April 17, 2006, at 9:00 a.m. is **rescheduled for April 19, 2006, at 3:00 p.m.** before the undersigned magistrate judge.  Plaintiff's counsel shall initiate the telephone conference.  Magistrate Judge Thalken's telephone number for this conference will be 402-661-7343.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge