```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SARAH JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5007 |
| | ) | |
| v. | ) | |
| | ) | |
| JAY COBLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion and with the agreement of counsel,

IT IS ORDERED:

The pretrial conference that was previously set for April 9 in North Platte is moved to Lincoln and will be held in the chambers of the undersigned, Room 566, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on Thursday, April 19, 2007 at 3:00 p.m.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge