IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SARAH JORDAN, | ) Case No: 7:05cv05007 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JAY COBLE, | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

NOW ON THIS 31st day of May, 2007, this matter comes on before the Court upon the Joint Stipulation for Dismissal submitted by counsel for the parties herein. The Court, being duly advised, finds that said stipulation is appropriate and hereby dismisses this action with prejudice with the parties paying their own respective costs and fees.

IT IS SO ORDERED.

BY THE COURT:

_____
HONORABLE JOSEPH F. BATAILLON

Prepared and submitted by:

JAY C. ELLIOTT #19198
ELLIOTT & BROUILLETTE, LLP
108 South Vine Street
P.O. Box 1605
North Platte, NE 69103-1605
Telephone: (308) 532-1600
Facsimile: (308) 532-6200
E-mail: e-blaw@nque.com

Attorneys for Defendant